# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Viresh M. Sinha,<br>*Plaintiff*<br>v.<br>Henry McMaster, SC Governor, Christy Hall, Sec. of Transportation SCDOT, Robert G. Woods, IV, Act. Dir. SCDPS, James H. Lucas, Speaker SC House, Harvey S. Peeler, President SC Senate,<br>*Defendants* | )<br>)<br>)<br>)  Civil Action No.  3:20-cv-00719<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___.

■ the plaintiff, Viresh M. Sinha, take nothing of the defendants, Henry McMaster, SC Governor, Christy Hall, Sec. of Transportation SCDOT, Robert G. Woods, IV, Act. Dir. SCDPS, James H. Lucas, Speaker SC House, and Harvey S. Peeler, President SC Senate and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable ___ presiding, and the jury has rendered a verdict.  The plaintiffs ___ recover from the defendant ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ tried by the Honorable ___ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, denying Plaintiff's motion to proceed *in forma pauperis* and summarily dismissing this action.

*ROBIN L. BLUME, CLERK OF COURT*

Date:  November 9, 2022

s/Amanda D. Hilley

*Signature of Clerk or Deputy Clerk*